# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

RICHARD A. SCHUKNECHT,

    *Plaintiff*

v.

S. FINCH, Yakima Police Lt., #3622; L. GEORGE,
Yakima Police Sgt. #3034; and CITY OF YAKIMA,

    *Defendant*

Civil Action No.  1:14-CV-3017-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Summary Judgment. Judgment is hereby entered in favor of Defendants.

Date:  May 11, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*

Penny Lamb